ESTHER LEVY *v.* GEORGE P. KIMBALL,
TRUSTEE OF THE ESTATE OF CLIFFORD
KIMBALL, DECEASED, DBA THE HALEKULANI
HOTEL, ET AL.

No. 4669.

NOVEMBER 14, 1968.

RICHARDSON, C.J., MARUMOTO AND ABE, JJ.,
AND CIRCUIT JUDGE DOI FOR LEVINSON, J.,
DISQUALIFIED.
(MIZUHA, J., RETIRED ON JUNE 27, 1968.)

*Per Curiam.* The petition for rehearing is denied without argument.

*Roy M. Miyamoto,* Deputy Attorney General *(Bert T. Kobayashi,* Attorney General) , for the petition.